ON–LINE TECHNOLOGIES, INC., Plaintiff–Appellant,

v.

PERKIN–ELMER CORP., Bodenseewerk Perkin–Elmer GMBH, Perkin–Elmer Inc., Sick UPA GMBH, and Sick, A.G., Defendants–Appellees.

No. 03–1425.

United States Court of Appeals, Federal Circuit.

March 4, 2004.

Before MAYER, Chief Judge, CLEVENGER and GAJARSA, Circuit Judges.

*ORDER*

In the absence of a final judgment or certification, the case is dismissed for want of jurisdiction.